STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. CLEMIS R. PETERSON, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Mr. Richard Newman* and *Mrs. Marcia R. Richman* for the petitioner.

*Mr. Edward J. Dolan* and *Mr. Christopher R. Wood* for the respondent.

January 28, 1969. Denied.

ANNA MOCKLER, *ET AL.*, PLAINTIFFS-PETITIONERS,
v. JOHN RUSSMAN, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 102 *N. J. Super.* 582.

*Messrs. Sorkow & Sorkow* for the petitioners.
*Messrs. Markey & Witham* for the respondent.

January 28, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ARTHUR DENNY, DEFENDANT-PETITIONER.

*Mr. Louis Winer* for the petitioner.

*Mr. Charles M. Egan, Jr.* and *Mr. James M. Kenihan* for the respondent.

January 28, 1969. Denied.